CLERK'S Letter from t/Central Dist. of CA transferring case & transmitting t/following:

8/5/98 1 COMPLAINT (Summons(es) issued) (bg) [Entry date 11/02/98][2:98CV8140]

9/4/98 5 WAIVER OF SERVICE of SUMMONS by defendant Korean Airlines Co sent by plf on 8/lS/98. [Related to MDL #1237] (et) [Entry date 10/30/98] [Edit date 11/02/981 [2:98cv8140]

10/6/98 CONDITIONAL TRANSFER ORDER purs to Rule 12 of the Rules oz Procedure of the Judicial Panel on MDL 147 FRD 589, 596 tht actions listed are transferred under 28U5C1407 to the Central Dist of CA consolidating cases 2:98-ml-11237 with member cases 2:98-cv-8140 (bg) [Entry date 10/09/98] [Edit date 11/02/98] [2:98cv81401

10/6/98 CASE REFERRED to Discovery Rosalyn M. Chapman (bg) [Entry date 10/09/98] [2:98cv8140]

10/9/98 6 NOTICE OF MOTION AND MOTION by defendant Korean Airlines Co to dismiss for lack of jurisdiction ; motion hearing set for 10:00 11/2/98 Lodged Prop Ord. [Related to MDL #1237] (et) [Entry date 10/30/98] [Edit date 11/02/98] [2: 98cv8 140]

10/9/98 7 MEMORANDUM OF P/A by defendant Korean Airlines Co support of motion to dismiss for lack of jurisdiction [3-1] [Related to MDL #1237] (et) [Entry date 10/30/98][Edit date 11/02/981 [2:98cv8l40]

10/9/98 8 DECLARATION of Young-Ki Kim by defendant Korean Airlines Co re motion to dismiss for lack of jurisdiction [3-1] [Related MDL #98-1237] (et) [Entry date 10/30/98] [Edit date 11/02/98] [2:98cv8140]

10/22/98 9 WAIVER OF SERVICE of SUMMONS by defendant Serco Management Svc sent by plf on 8/24/98 (et) [Entry date 11/02/98] [2: 98cv8140]

10/23/98 10 ANSWER filed by defendant Serco Management Svc to complaint [1-1] ; jury demand (et) [Entry date 11/02/98] [2:98cv8140]

11/2/98 12 Supplemental ORDER by Judge Harry L. Hupp of CONSOLIDATION re MDL 1237, cv 98-8131, 98-8132, 98-8133, 98-8134, 98-8135; 98-8136; 98-8137; 98-8138;; 98-8139; 98-8140; 98-8141, 98-8142, 98-8143) (shb) [Entry date 11/19/981 [2: 98cv8140]

11/13/98 11 OPPOSITION by plaintiff Hee Tae Kim to motion to dismiss for lack of jurisdiction [6-11 (Relates to MDL 1237; cv 98-4500; 98-2720; 98-8132; 98-8133; 98-8134; 98-8135; 98-8136; 98-8137; 98-8138; 98-8139; 98-8141; 98-8142; 98-8143) (shb) [Entry date 11/17/98] [2:98cv8140]

11/25/98 13 REPLY memo of poinzs and authorities by defendant Korear Airlines Co in supct of motion to dismiss pltfs claims ~or lack of treaty jurisdiction [6-li (Relates to MDL 1237; cv 98-4500; 98-2720; 98-8132; 98-8133; 98-8134; 98-8135; 98-8136; 98-8137; 98-8138; 98-8139; 98-8140; 98-8141; 98-8142; 98-8143; 98-6317; 98=6320) (shb) [Entry date 12/07/981 [2:98cv8140]

12/7/98 14 ORDER by Judge Harry L. Hupp granting Korean Airlines motion to dismiss ror lack of treaty jurisdiction [6-li (ENT: 12/11/98) mld cpys & ntc. (Relates to MDL 1237) (shb) [Entry date 12/11/981 [2:98cv8140]

12/7/98 15 MINUTES: Dft KAL mot to dism for lack of treaty juris FRCP 12

(b) (1) is granted and the various pltfs in the case listed are dismissed as to KAL only by jgm signed and thied this date. The alt FRCP 12(b) (6) mot is taken off cal as moot. by Judge Harry L. Hupp CR: Cynthis Mizell (ENT: 12/11/98) mld cpys & ntc. (Relates to MDL 1237, 98-4500, 98-2720, 98-8132, 98-8133, 8134, 8135, 8136, 8137, 8138, 8139, 8140, 8141, 8142, 8143; 98-6317; 98-6320) (shb) [Entry date 12/11/981 [2:98cv8140]

3/18/99 16 APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff Hee Tae Kim by Richard F Schaden. Designating Juanita M Madole as local counsel. Approved by Judge Harry L. Hupp . (Fee pd) (Relates to MD1 1237, cv 98-8132, 98-8133, 98-8134, 98-81~5, 98-8136; 98-8137; 98-8139; 98-8149; 98-8141; 98-8141; 98-8142; 98-6301) (shb) [Entry date 03/19/99] [2:98cv8140]

3/18/99 17 APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff Hee Tae Kim by Bruce Lampert . DesignaLing Juanita Madole as local counsel. Approved by Judge Harry L. Hupp . (Fee Pd) (Relates to MD1 1237, cv 98-8182, 98-8133, 98-8134, 98-8135, 98-8136, 98-8137, 98-8139, 98-8141, 98-8142, 98-6301) (shb)[Entry date 03/22/99] [2:98cv8140]

4/30/99 18 NOTICE OF CHANGE Of FIRM Address filed by atty Frank A Silane for defendant Korean Airlines Co. Jennifer J Johnston for defendant Korean Airlines Co (et)[Entry date 05/05/991 [2:98cv8140]

8/2/00 19 NOTICE OF MOTION AND MOTION by plaintiff for reconsideration re Korean air Lines' mtn to dism for want of treaty jurisd ; motion hearing set for 10:00 8/28/00 re MDL 1237 (pbap) [Entry date 08/04/00] [2:98cv8140]

8/16/00 20 OPPOSITION by defendant Korean Airlines Co to motion for reconsideration re Korean air Lines' mtn to dism for want of treaty jurisd [19-1] (re: MDL 1237) (pbap) [Entry date 08/18/001 [2:98cv8140]

8/16/00 21 DECLARATION of Frank A. Silane by defendant Korean Airlines Co in Opp re motion for reconsideration re Korean air Lines' mtn to dism for want of treaty jurisd [19-11 (pbap) [Entry date 08/18/00] [2:98cv8140]

8/18/00 22 DECLARATION of Fearghal O'Loan by defendant Korean Airlines Co in opp to motion for reconsideration re Korean air Lines' mtn to dism for want of treaty jurisd [19-11 (yl) [Entry date 08/21/00] [2:98cv8140]

8/21/00 23 MEMORANDUM filed by defendant USA in oppositi~n to motion for reconsideration re Korean air Lines' mtn to dism for want of treaty jurisd [19-1] (re MDL 1237) (pbap) [Entry date 08/29/00] [2:98cv8140]

8/22/00 24 REPLY by plaintiffs re [19-1] . (MDL 1237) (pbap) [Entry date 08/29/00] [2:98cv81401

8/28/00 25 MINUTES: denying motion for reconsideration re Korean air Lines' mtn to dism for want of treaty jurisd [19-1] by Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap) [Entry date 09/05/00] [2:98cv8140]

3/28/01 26 MINUTES: by Judge Harry L. Hupp; ; pretrial conference on 1:30 4/18/01; In addition, certain individual problems are noted as follows: (see mins) CR: Cynthia L. Mizell (yc)[Entry date 04/04/01] [2:98cv8140]

4/6/01 28 MINUTES: Correction to PTC minute order by Judge Harry L. Hupp CR: not present **see MO for addtnl info** (pbap) [Entry date 04/19/01] [2:98cv8140]

4/11/01  27  WITNESS list submitted by Sung-Chol Lee (Decedent) Byung-Won Song (Decedent) (rl) [Entry date 04/18/01] [2: 98cv8 1401

4/17/01  30  RESPONSE by plaintiffs to OSC on late filings on PTC Ords (MDL No 1237; Decedents: Lee, Sung Chul & Song, Byung Won (dw) [Entry date 05/01/011 [2:98cv8140]

4/18/01  29  MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date 04/24/011 [2:98cv81401

4/23/01  31  MINUTES: The above cases (herein) are transferred to the USDC for the District of Guam for trial on the issue of damages. After various severances and consolidations, there are five cases for trial, organized by decedent, as follows: (1). Decedent Kim Bong Sun, CV 98-4500; (2). Decdent Chung Ki Chul, CV 98-5450; (3). Decdent Lee Kyung Han, CV 98-6369; CV 99-13513; (4). Lee Sung Chul and Song Byung Won (husband and wife) , CV 99-13508, CV 99-13527; CV 98-6369, and CV 98-8140; (5) . Yun (or Yoon) Sun kyu, CV 99-7226; CV 98-2243 (f) . With regard to CV 2243 (f) , the claims of plfs Ahan for the death of decedent Yun have previou1sly been severed from the balance of CV 98-2243 and consolidated with CV 99-7226. The claims of plfs Ahn related to the death of Yun Sun Kyu are now designated by number CV 98-2243 (f). The remainder of CV 98-2243 is not transferred to the District of Guam and remains in the Central District Case transferred to Dist of: Guam by Judge Harry L. Hupp CR: not present. (ENT 5/3/01) MD JS 6 (Re: MDL 1237, Air Crash, Agana Guam, August 6, 1997) (pbap) [Entry date 05/03/011 [Edit date 05/03/01] [2:98cv81401

5/7/01  TRANSMITTAL of documents orig file, cc docket and ord to the District of Guam (pbap) [Entry date 05/07/01] [2: 98cv8140];   [RSN EOD 05/16/2001]